717 A.2d 1024

**David ZIMMERMAN and Mary Ann Zimmerman, d/b/a Frontier Lanes**

v.

**HARLEYSVILLE MUTUAL INSURANCE COMPANY, Fireman's Fund Insurance Company, and the American Insurance Company.**

**Appeal of HARLEYSVILLE MUTUAL INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.

Decided Oct. 8, 1998.

Samuel P. Gerace and Ronald E. Reitz, Pittsburgh, for Harleysville Mut. Ins. Co.

James Fenchel, for Fireman's & American.

Kenneth W. Wargo, Erie, for David & Mary Zimmerman.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA and CASTILLE, JJ., dissent.